IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 6:22-CR-40 |
| | § | |
| BRANDON BOLIN | § | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The government respectfully requests a final order of forfeiture in this case, and in support thereof states as follows:

1.    On September 8, 2022, this Court entered a preliminary order of forfeiture, forfeiting to the United States the defendant's interest in the following property pursuant to 21 U.S.C. § 853(a):

**Firearms/Ammunition**

Any and all firearms, ammunition and accessories seized from the defendant, including, but not limited to the following:

   a. a Glock, model 19, 9 mm caliber, semi-automatic pistol bearing serial number BKVM861,
   b. a Glock, model 19X, 9 mm caliber, semi-automatic pistol bearing serial number BHNP521, and
   c. Fifty-two (52) 9 mm caliber cartridges.

**Cash Proceeds**

A sum of money equal to $3,000.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense alleged in Count One of the information, for which defendant **Brandon Bolin** is personally liable.

2.      The government published notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 days beginning on September 13, 2022, and ending on October 12, 2022, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

3.      The statutory time to file a petition has expired and no claims have been filed, contested or otherwise, to the property described in the Court's preliminary order of forfeiture.

4.      By virtue of the plea agreement and the determination of the amount of the money derived from the offense for which the defendant has been convicted, a final order of forfeiture that includes cash proceeds should be entered against the defendant.   Entry of a final order of forfeiture is specifically authorized by Fed. R. Crim. P. 32.2(c)(2). Once the final order of forfeiture is entered, the government may move at any time, pursuant to Fed. R. Crim. P. 32.2(e)(1), to amend the order to forfeit specific property of the defendant, having a value up to the $3,000.00 in cash proceeds, as substitute assets.

The government respectfully requests a final order of forfeiture as to the defendant, **Brandon Bolin**, as proposed in the attached order, which shall be made part of the defendant's sentence and included in the judgment pursuant to Fed. R. Crim. P. 32.2(b)(4).

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ James Noble*
JAMES NOBLE
Assistant United States Attorney
Texas Bar No. 15050100
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax
James.Noble@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was served on counsel of record for

defendant via the Court's CM/ECF filing system on February 8, 2023.

*/s/ James Noble*
JAMES NOBLE

## CERTIFICATE OF CONFERENCE

I have conferred with counsel of record for defendant regarding the merits of this

motion.    The motion is UNOPPOSED.

*/s/ James Noble*
JAMES NOBLE